UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,        Case No. 2:10-CV-13839-JAC-MKM

v.        HON. JULIAN ABELE COOK, JR.

PRUDENTIAL PROTECTIVE SERVICES, LLC

        Defendant.
_____/

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Deborah M. Barno (P44525)
Omar Weaver (P-58861)
Attorneys for Plaintiff
Patrick V. McNamara Building
477 Michigan Ave., Room 865
Detroit, MI 48226
(313) 226-3407

LAW OFFICE OF DOMINIC N. HAMDEN
Dominic N. Hamden (P67745)
Attorney for Defendant
18 West Main Street
Milan, MI 48160
(734) 439-8884

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel, that this lawsuit against Prudential Protective Services, L.L.C., shall be dismissed with prejudice and with each party bearing its own attorneys fees and costs.

SO ORDERED.

Dated: May 20, 2011                                s/Julian Abele Cook, Jr.
                                                             Hon. Julian Able Cook, Jr.
                                                             United States District Judge

Approved as to form and substance:

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PRUDENTIAL PROTECTIVE SERVICES, L.L.C. |
|---|---|
| By: s/Omar Weaver | By: s/Dominic N. Hamden (with consent) |
| Omar Weaver (P58861) | Dominic N. Hamden (P67745) |
| Attorney for Plaintiff | Attorney for Defendant |
| 477 Michigan Avenue, Room 865 | 18 W. Main Street |
| Detroit, MI 48226 | Milan, MI 48160 |
| (313) 226-4600 | (734) 439-8884 |
| omar.weaver@eeoc.gov | dominichamden@gmail.com |